UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCI VANDHUYNSLAGER,

    Plaintiff,

v.                            Case No: 2:16-cv-357-FtM-29CM

HENDRY COUNTY SHERIFF'S OFFICE,

    Defendant.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Extend Deadlines (Doc. 27) filed on February 8, 2017. The parties seek to extend the discovery deadline of June 1, 2017 to July 15, 2017 and the deadline of July 3, 2017 for dispositive motions to August 30, 2017 because the parties are unable to take depositions until early May due to trial conflicts of Defendant's counsel. Doc. 27 at 1. On July 1, 2016, Senior United States District Judge John E. Steele entered a Case Management and Scheduling Order ("CMSO") setting the discovery deadline to June 1, 2017, the mediation deadline to June 15, 2017, the deadline for dispositive motions to July 3, 2017, and a trial term of February 5, 2018. Doc. 20 at 1-2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met

despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). Here, based on the parties' representations, the Court finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Extend Deadlines (Doc. 27) is **GRANTED**.

2. The discovery deadline is extended to **July 17, 2017**.

3. The deadline for dispositive motions is extended to **August 30, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record